UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNETH WOOD,  :  08 CIV 4193 (LTS)(GWG)

    Plaintiff,  :

v.  :

PITNEY BOWES INC.,  :  **NOTICE OF APPEARANCE**

    Defendant.  :

---

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

    PITNEY BOWES INC.

    I certify that I am admitted to practice in this Court.

Dated: July 11, 2008

                                                                 EDWARDS ANGELL PALMER
                                                                 & DODGE, LLP

                                                                 Marc L. Zaken (MZ4366)
                                                                 mzaken@eapdlaw.com
                                                                 EDWARDS ANGELL PALMER
                                                                 & DODGE, LLP
                                                                  301 Tresser Boulevard
                                                                  Stamford, CT 06901
                                                                  Tel: 203-353-6819
                                                                  Fax: 888-325-1667
                                                                  Attorneys for Pitney Bowes Inc.

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008 a copy of the foregoing NOTICE OF APPEARANCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Marc L. Zaken (MZ4366)

STM 253269.1