Marc L. Zaken (MZ 4366)
EDWARDS ANGELL PALMER
& DODGE, LLP
301 Tresser Boulevard
Stamford, CT 06901
Tel.: 203-353-6819
Fax: 888-325-1667
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| KENNETH WOOD, | : | 08 CIV 4193 (LTS)(GWG) |
| Plaintiff, | : | |
| v. | : | |
| PITNEY BOWES INC., | : | |
| Defendant. | : | **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Pitney Bowes Inc. certifies that Pitney Bowes Inc. has no corporate parent and no publicly held corporation owns 10% or more of its stock.

Dated: July 11, 2008

THE DEFENDANT
PITNEY BOWES INC.

By_____
Marc L. Zaken (MZ 4366)
mzaken@eapdlaw.com
EDWARDS ANGELL PALMER
& DODGE, LLP
301 Tresser Boulevard
Stamford, CT 06901
Tel.: 203-353-6819
Fax: 888-325-1667

STM 253268.1

To:

Salvatore G. Gangemi, Esq. (SG6769)
Gangemi Law Firm, P.C.
82 Wall Street, Suite 300
New York, NY  10005
212-425-0630
Attorneys for Plaintiff

## CERTIFICATION OF SERVICE

I hereby certify that on July 11, 2008 a copy of the foregoing RULE 7.1

DISCLOSURE STATEMENT was filed electronically and served by mail on anyone

unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties

by operation of the court's electronic filing system or by mail to anyone unable to accept

electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this

filing through the court's CM/ECF System.

Marc L. Zaken (MZ4366)