UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNETH WOOD,
    Plaintiff,

v.

PITNEY BOWES INC.,

    Defendant.

08 CIV 4193 (LTS)(GWG)
ECF Case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that this action be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of New York in Central Islip.

IT IS FURTHER AGREED that Defendant Pitney Bowes Inc. shall file papers in response to Plaintiff's Complaint within two (2) weeks of this date, or by July 25, 2008.

Dated: July 11, 2008

_____
Salvatore G. Gangemi (SG6769)
GANGEMI LAW FIRM, P.C.
Attorneys for Plaintiff
82 Wall Street, Suite 300
New York, NY 10005
Tel: (212) 425-0630
Fax: (212) 425-0635
sgangemi@gangemilaw.com

_____
Marc L. Zaken, Esq. (MZ 4366)
EDWARDS ANGELL PALMER & DODGE, LLP
Attorneys for Defendant
301 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 353-6819
Fax: (888) 325-1667
mzaken@eapdlaw.com

*The Clerk of Court is respectfully requested to effect the transfer of this case to the EDNY. The EDNY will determine whether the case should be assigned to Brooklyn or to Central Islip.*

SO ORDERED.

_____ 7/16/08
U.S.D.J.

STM 253450.1